### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **AMENDED ORDER GRANTING FURLOUGH** |
| | ) | |
| vs. | ) | |
| | ) | |
| Keith Anthony Bigcrow, | ) | Case Nos. 1:23-cr-213 and 1:24-cr-009 |
| | ) | |
| Defendant. | ) | |

On August 12, 2024, the court issued an order conditionally releasing Defendant to the MHA Sober Living's Glowing Eagle Lodge. (Case No. 1:23-cr-213 at Doc. No. 445; Case No. 1:24-cr-009 at Doc. No. 96). On October 23, 2024, the court modified Defendant's release conditions to allow him to reside at an address approved by the Pretrial Services Office. (Case No. 1:23-cr-213 at Doc. No. 494; Case No. 1:24-cr-009 at Doc. No. 122).

On December 9, 2024, Defendant filed a Motion for Furlough. (Case No. 1:23-cr-213 at Doc. No. 528; Case No. 1:24-cr-009 at Doc. No. 127). That same day the court issued an order granting Defendant's motion and temporarily modifying his release conditions to allow him travel to Sioux Falls, South Dakota, from December 23-27, 2024. (Case No. 1:23-cr-213 at Doc. No. 528; Case No. 1:24-cr-009 at Doc. No. 128). The court, in consultation with the Defendant's Probation Officer, now modifies its December 9, 2024, order as follows. Defendant is authorized to travel to Sioux Falls, South Dakota, from December 22-27, 2024, with the understanding during his travels he shall reside at a residence approved by the Pretrial Services officer and return to his residence in North Dakota by December 27, 2024.

**IT IS SO ORDERED.**

Dated this 19th day of December, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
