# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Keith Anthony Bigcrow, | ) | Case Nos. 1:23-cr-213 and 1:24-cr-009 |
| | ) | |
| Defendant. | ) | |

On August 12, 2024, the court issued an order conditionally releasing Defendant to the MHA Sober Living's Glowing Eagle Lodge. (Case No. 1:23-cr-213 at Doc. No. 445; Case No. 1:24-cr-009 at Doc. No. 96). On October 23, 2024, the court modified Defendant's release conditions to allow him to reside at an address approved by the Pretrial Services Office. (Case No. 1:23-cr-213 at Doc. No. 494; Case No. 1:24-cr-009 at Doc. No. 122).

The court, in consultation with the Pretrial Services Office, shall on its own motion strike the condition of Defendant's release that requires him to submit to location monitoring as directed by the Pretrial Services Officer.

**IT IS SO ORDERED.**

Dated this 25th day of February, 2025.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court